HEATHER WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARIO LOPEZ-ROMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:13-cr-0168 AWI-BAM |
| *Plaintiff,* | ) STIPULATION AND ORDER TO ADVANCE |
| v. | ) STATUS CONFERENCE HEARING |
| MARIO LOPEZ-ROMAN, | ) DATE:  May 13, 2013 |
| *Defendant.* | ) TIME:  10:00 A.M. |
| | ) JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for May 20, 2013 **may be advanced to May 13, 2013 at 10:00 a.m. before the Honorable Anthony W. Ishii.**

The defense is requesting this advancement as the parties have reached a resolution and Mr. Lopez-Roman wishes to enter his plea and be sentenced as soon as possible on his case.  The government has no objection to the advancement.

                                                            Respectfully submitted,

                                                            BENJAMIN B. WAGNER
                                                            United States Attorney

DATED: May 9, 2013                   By:   /s/ *Mia Giacomazzi*
                                                            MIA GIACOMAZZI
                                                            Assistant United States Attorney
                                                            Attorney for Plaintiff

Lopez-Roman: Stipulation and Proposed Order

1
2                                              HEATHER WILLIAMS
                                               Federal Defender
3
4  DATED: May 9, 2013            By:    /s/ *Charles J. Lee*
                                        CHARLES J. LEE
5                                       Assistant Federal Defender
                                        Attorney for Defendant
6                                       MARIO LOPEZ-ROMAN
7
8
9
10                                  **O R D E R**
11  IT IS SO ORDERED.
12
    Dated:    May 9, 2013
13                                      _____
                                        SENIOR  DISTRICT  JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28